**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

RANDY BRANSON,                              )
on Behalf of Himself and All               )
Others Similarly-Situated,                 )          **PROPOSED COLLECTIVE ACTION**
                                           )          **UNDER FLSA AND CLASS ACTION**
            *Plaintiff,*                   )          **UNDER KWHA**
                                           )
                                           )           CASE NO.    4:19-CV-155-JHM-HBB
v.                                         )
                                           )
ALLIANCE COAL, LLC,  and                   )          **JURY DEMANDED**
WEBSTER COUNTY COAL, LLC,                   )
                                           )
                                           )
            *Defendants.*                  )
_____)

### ORDER

This matter comes before the Court on the parties' Joint Motion for Extension of Time (Ct. Doc. 26).  It appearing to the Court that it is appropriate to grant extensions of the time as the parties have indicated they have agreed in their Motion, it is hereby ORDERED that the times to respond to the following are hereby extended as follows:

1.      The Plaintiff, Randy Branson, shall have an extension of time to respond to Alliance Coal, LLC's Motion to Dismiss (Ct. Doc. 17) and Alliance Coal, LLC and Webster County Coal, LLC's Motion to Strike (Ct. Doc. 15) until and including February 13, 2020.

2.      Alliance Coal, LLC and Webster County Coal, LLC shall have an extension of time to respond to the Amended Complaint (Ct. Doc. 23) until and including February 20, 2020.

3.      Alliance Coal, LLC shall have an extension of time to file a reply in support of its Motion to Dismiss (Ct. Doc. 17) until and including March 5, 2020.

4.      Alliance Coal, LLC and Webster County Coal, LLC shall have an extension of time to file a reply in support of their Motion to Strike (Ct. Doc. 15) until and including March 5, 2020.

5.      As this Order grants the extension sought in Plaintiff's Motion for Extension (Ct. Doc. 24) together with the other extensions described above, that motion is denied as moot.

**APPROVED FOR ENTRY:**

/s/ Mark N. Foster
Mark N. Foster
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
(270) 213-1303
Mfoster@MarkNFoster.com
*Counsel for Plaintiffs*


/s/ Elizabeth S. Muskens, by Mark N. Foster with permission
Richard G. Griffith
Elizabeth S. Muyskens
Kif H. Skidmore
Stoll Keenon Ogden PLLC
300 West Vine Street - Suite 2100
richard.griffith@skofirm.com
elizabeth.muyskens@skofirm.com
kif.skidmore@skofirm.com
*Counsel for Defendants,*
*Alliance Coal, LLC and*
*Webster County Coal, LLC*