**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

*ELECTRONICALLY FILED*

**CIVIL ACTION NO.:  4:19-CV-155-JHM-HBB**

**RANDY BRANSON,**
**DANIEL CUNNINGHAM, and**
**ALTON JOSEPH NEWBERRY**
**on Behalf of Themselves and All**
**Others Similarly-Situated**                                                                 **PLAINTIFFS**

**V.**

**ALLIANCE COAL, LLC,**
**ALLIANCE RESOURCE PARTNERS, L.P,**
**ALLIANCE RESOURCES OPERATING**
**PARTNERS, L.P.,**
**WEBSTER COUNTY COAL, LLC,**
**WARRIOR COAL, LLC and**
**RIVER VIEW COAL, LLC**                                                                       **DEFENDANTS**

**CORPORATE DISCLOSURE STATEMENT OF**
**ALLIANCE RESOURCE OPERATING PARTNERS, L.P.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, Alliance Resource Operating Partners, L.P., by and through counsel, makes the following disclosure: Alliance Resource Operating Partners, L.P. is a non-governmental entity of which 98.9899% of the ownership interest is held by Alliance Resource Partners, L.P.  Alliance Resource Partners, L.P. is a publicly-traded master limited partnership whose limited partnership interests are traded on the NASDAQ under the ticker symbol ARLP.

        Respectfully submitted,

        /s/ Elizabeth S. Muyskens
        Richard G. Griffith
        Elizabeth S. Muyskens
        Kif H. Skidmore
        Stoll Keenon Ogden PLLC
        300 West Vine Street - Suite 2100
        Lexington, KY  40507-1801
        Telephone:  (859) 231-3626
        Fax:  (859) 259-3526
        richard.griffith@skofirm.com
        elizabeth.muyskens@skofirm.com
        kif.skidmore@skofirm.com

        COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2020 the foregoing CORPORATE DISCLOSURE STATEMENT was filed electronically and Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

Mark N. Foster
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY  42431
Phone:  (270) 213-1303
Mfoster@MarkNFoster.com
COUNSEL FOR PLAINTIFF

        /s/ Elizabeth S. Muyskens
        COUNSEL FOR DEFENDANTS

011742.165338/8137921.1