# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

*ELECTRONICALLY FILED*

**CIVIL ACTION NO.: 4:19-CV-155-JHM-HBB**

**RANDY BRANSON, et al.**                                            **PLAINTIFFS**

**V.**

**ALLIANCE COAL, LLC, et al.**                                      **DEFENDANTS**

### AGREED ORDER RENDERING MOTIONS TO STRIKE AND TO DISMISS MOOT AND EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO THE AMENDED COMPLAINT

By agreement of the parties, and the Court having been sufficiently advised and having considered same,

1. WHEREBY, Plaintiff, Randy Branson, filed the Complaint (Doc. 1) on November 4, 2019;

2. WHEREBY, pursuant to the Agreed Order for Extension of Time (Doc. 11) entered December 2, 2019, the Defendants, Webster County Coal, LLC and Alliance Coal, LLC ("Alliance"), filed a Motion to Strike Collective and Class Action Allegations and to Strike Consent Forms (Doc. 15) on January 2, 2020;

3. WHEREBY, also pursuant to the Agreed Order for Extension of Time (Doc. 11), the Defendant, Alliance Coal, LLC, filed a Motion to Dismiss Plaintiff's Complaint (Doc. 17) on January 2, 2020; and

4. WHEREBY, Plaintiff, Randy Branson, and newly named Plaintiffs, Daniel Cunningham and Alton Joseph Newberry, filed the Amended Complaint (Doc. 23) on January 23, 2020.

IT IS HEREBY AGREED AND ORDERED that:

(a) The right of all Defendants, including those newly named, to assert available defenses to the Amended Complaint (Doc. 23) is fully preserved, including but not limited to any defenses that may be asserted pursuant to Fed. R. Civ. P. 12, and the entry of this Agreed Order shall not result in a waiver of their right to assert any such defenses;

(b) Defendants' Motion to Strike Collective and Class Action Allegations and to Strike Consent Forms (Doc. 15) and Alliance's Motion to Dismiss (Doc. 17) are denied as moot; and

(c) Defendants shall have an extension of time to respond to the Amended Complaint (Doc. 23) through and including March 5, 2020.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

February 24, 2020

**AGREED TO; TO BE ENTERED:**

/s/ Mark N. Foster
Mark N. Foster
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
Phone: (270) 213-1303
Email: MFoster@MarkNFoster.com

COUNSEL FOR PLAINTIFF


/s/ Elizabeth S. Muyskens (w/permission)
Richard G. Griffith
Elizabeth S. Muyskens
Kif H. Skidmore
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
Phone: (859) 231-3000
Fax: (859) 253-1093
E-mail: elizabeth.muyskens@skofirm.com

COUNSEL FOR DEFENDANTS