# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| RANDY BRANSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs, <br><br>v.<br><br>ALLIANCE COAL, LLC, *et al.*,<br><br>Defendants. | Civil Action No. 4:19-cv-00155-RGJ-HBB<br><br>CLASS AND COLLECTIVE ACTION |

## PARTIES' JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE SETTLEMENT AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Randy Branson, Daniel Cunningham, Alton Joseph Newberry, Freddie Brewer, Andrew Johnson, Shane Alexander, Rickey Cates, Walter Rettig, Broderick Hinkle, Kory Leedy, Brian Prater, Jacob Hood, and Eric Thompson (collectively, "Plaintiffs"), individually and on behalf of the Settlement Collective and Class defined below, and Defendants Alliance Coal, LLC, Alliance Resource Partners, L.P., Alliance Resource Operating Partners, L.P., Alliance Resource Management GP, LLC (together, the "Alliance Defendants"), Webster County Coal, LLC, Warrior Coal, LLC, River View Coal, LLC, Excel Mining, LLC, MC Mining, LLC, Sebree Mining, LLC, Hopkins County Coal, LLC, Gibson County Coal, LLC, Mettiki Coal (WV), LLC, Tunnel Ridge, LLC, Hamilton County Coal, LLC, White County Coal, LLC, Thomas Wynne, and Layne Herring (collectively with the Alliance Defendants, "Defendants" and with Plaintiffs, the "Parties"), through their undersigned counsel, respectfully move this Court for an Order:

1. granting approval of FLSA Collective Settlement and preliminary approval of the Class Action Settlement, pursuant to the Parties' Settlement Agreement, a true and correct copy of

which is attached as Exhibit 1 to the Memorandum of Law in support of this Motion filed concurrently herewith;

2. the FLSA Collective Settlement is a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, and the Class Action Settlement is fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e);

3. conditionally certifying the Settlement Collective and Class as a class action pursuant to FED. R. CIV. P. 23(a) and (b)(3), pending final approval of the Settlement Agreement, the Settlement Collective and Class being comprised of:

   a. All current and former non-exempt employees who performed work in the Commonwealth of Kentucky in underground mines or surface coal preparation plants owned or operated by Webster County Coal, LLC, River View Coal, LLC and/or Warrior Coal, LLC between November 4, 2014 and April 22, 2024;

   b. All current and former non-exempt employees who performed work in the Commonwealth of Kentucky in underground mines or surface coal preparation plants owned or operated by Excel Mining, LLC and/or MC Mining, LLC between March 27, 2015 and April 22, 2024;

   c. All current and former non-exempt employees who performed work in the Commonwealth of Kentucky in underground mines or surface coal preparation plants owned or operated by Sebree Mining, LLC or Hopkins County Coal, LLC between June 24, 2015 and April 22, 2024;

   d. All current and former non-exempt employees who performed work in the State of Illinois in underground mines or surface coal preparation plants owned or operated by Hamilton County Coal, LLC or White County Coal, LLC between April 9, 2011 and April 22, 2024;

   e. All current and former non-exempt employees who performed work in the State of Indiana in underground mines or surface coal preparation plants owned or operated by Gibson County Coal, LLC between April 13, 2018 and April 22, 2024; and

   f. All persons who filed, prior to April 22, 2024, a consent to join in *Rettig*, from the date three years prior to the filing of each such consent, and all other current and former non-exempt employees who performed work in the State of West Virginia in underground mines or surface coal preparation

plants owned or operated by Tunnel Ridge, LLC or Mettiki Coal (WV), LLC between April 1, 2021 and April 22, 2024.

The time periods referenced in Paragraph 3(a) through (f) are collectively referred to as the "Applicable Class Period."

4. preliminarily appointing Plaintiffs as the Settlement Collective and Class Representatives and service awards of $15,000 to each;

5. preliminarily appointing Berger Montague PC; Law Office of Mark N. Foster, PLLC; Lichten & Liss-Riordan, P.C.; Edelson Lechtzin LLP; and the Law Office of John R. Kleinschmidt III, PLLC as Class Counsel, and appointing Shanon J. Carson, Camille Fundora Rodriguez, Lane L. Vines, and Mariyam Hussain of Berger Montague PC, and Mark N. Foster of Law Office of Mark N. Foster, PLLC as Lead Class Counsel;

6. preliminarily appointing Simpluris as the Settlement Administrator to perform all duties and tasks assigned to the Settlement Administrator in the Settlement Agreement, and preliminarily approving the costs of notice and settlement administration not to exceed $50,000;

7. approving the form and method Notice of Settlement, as set forth in the Settlement and the proposed Preliminary Approval Order;

8. scheduling the final approval hearing to consider the final approval of the proposed Settlement; and

9. approving the following schedule and procedures for completing the settlement approval process as set forth in the Parties' Settlement Agreement:

10. The following is the proposed schedule for notice and final approval of the Settlement:

| Defendants send CAFA Notice | Within ten business days after the submission of the Settlement Agreement to the Court. |

| Defendants Provide Contact Information | Within ten business days after issuance of the Court's Preliminary Approval Order. |
|---|---|
| Notice Sent | Within ten days of receiving the Settlement Collective and Class List. |
| Motion for Approval of Attorneys' Fees and Costs | Due two weeks before the Objection and Opt-Out Deadline. |
| Deadline to postmark objections or requests for exclusion | Forty-five days after the Notice of Settlement is initially mailed by the Settlement Administrator. |
| Motion for Final Approval | Due two weeks prior to the Final Approval Hearing date. |
| Final Approval/ Fairness Hearing | On or after 90 days after Court's Preliminary Approval Order. |

This Motion is based on the accompanying Memorandum of Law, along with the accompanying exhibits thereto, and all other records, pleadings, and papers on file in this action. The Parties' proposed Preliminary Approval Order is submitted for the Court's consideration.

Dated: May 10, 2024                                  Respectfully submitted,

*/s/ Camille Fundora Rodriguez*                      */s/ Elizabeth S. Muyskens* *
Shanon J. Carson                                     Richard G. Griffith
Camille Fundora Rodriguez                            Elizabeth S. Muyskens
Lane L. Vines                                        Kif H. Skidmore
Michael Anderson                                     Amy L. Miles
Olivia Lanctot                                       Stoll Keenon Ogden PLLC
BERGER MONTAGUE PC                                   300 West Vine Street - Suite 2100
1818 Market Street, Suite 3600                       Lexington, KY 40507-1801
Philadelphia, PA 19103                               Tel.: (859) 231-3000
Tel.: (215) 875-3000                                 richard.griffith@skofirm.com
Fax: (215) 875-4604                                  elizabeth.muyskens@skofirm.com
scarson@bm.net                                       kif.skidmore@skofirm.com
crodriguez@bm.net                                    amy.miles@skofirm.com
lvines@bm.net
manderson@bm.net
olanctot@bm.net                                      *Attorneys for Defendants*

Mariyam Hussain                                      * Signed with permission
BERGER MONTAGUE PC
1720 W. Division
Chicago, IL 60622

Tel.: (773) 666-4316
mhussain@bm.net

Mark N. Foster
LAW OFFICE OF MARK N. FOSTER, PLLC
P.O. Box 869
Madisonville, KY 42431
Tel.: (270) 213-1303
Mfoster@MarkNFoster.com

Eric Lechtzin
Liberato Verderame
Shoshana Savett
EDELSON LECHTZIN LLP
411 S. State St., Suite N-300
Newtown, PA 18940
Tel.: (215) 867-2399
elechtzin@edelson-law.com
lverderame@edelson-law.com
ssavett@edelson-law.com

John R. Kleinschmidt, III
THE LAW OFFICES OF JOHN R. KLEINSCHMIDT III, PLLC
P.O. Box 1746
Lexington, KY 40588
Tel.: (859) 866-3097
john@employmentlawky.com

Sarah R. Schalman-Bergen
Thomas Fowler
Olena Savytska
Krysten Connon
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel. : (617) 994-5800
ssb@llrlaw.com
tfowler@llrlaw.com
osavytska@llrlaw.com
kconnon@llrlaw.com

*Attorneys for Plaintiffs, the Collective, and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic filing on May 10, 2024 on all counsel of record.

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez
