# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| RANDY BRANSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE COAL, LLC, *et al.*,<br><br>Defendants. | CIVIL CASE<br><br>Case No. 4:19-CV-00155-RGJ-HBB<br><br>COLLECTIVE AND CLASS ACTION |

### PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF
### CLASS ACTION SETTLEMENT PURSUANT TO FED. R. CIV. P. 23

Plaintiffs Randy Branson, Daniel Cunningham, Alton Joseph Newberry, Freddie Brewer, Andrew Johnson, Shane Alexander, Rickey Cates, Walter Rettig, Broderick Hinkle, Kory Leedy, Brian Prater, Jacob Hood, and Eric Thompson (collectively, "Plaintiffs"), individually and on behalf of the Settlement Class defined below, and Defendants Alliance Coal, LLC, Alliance Resource Partners, L.P., Alliance Resource Operating Partners, L.P., Alliance Resource Management GP, LLC (together, the "Alliance Defendants"), Webster County Coal, LLC, Warrior Coal, LLC, River View Coal, LLC, Excel Mining, LLC, MC Mining, LLC, Sebree Mining, LLC, Hopkins County Coal, LLC, Gibson County Coal, LLC, Mettiki Coal (WV), LLC, Tunnel Ridge, LLC, Hamilton County Coal, LLC, White County Coal, LLC, Thomas Wynne, and Layne Herring (collectively with the Alliance Defendants, "Defendants" and with Plaintiffs, the "Parties"), through their undersigned counsel, respectfully move this Court for an Order:

1.      preliminarily approving the Parties' Settlement Agreement, dated May 28, 2025, a true and correct copy of which is attached as Exhibit 1 to the Memorandum of Law in support of this Motion filed concurrently herewith;

2. preliminarily certifying the Settlement Class as a class action pursuant to FED. R. CIV. P. 23(a) and (b)(3) pending final approval of the Settlement Agreement, the Settlement Class being comprised of:

    a. All current and former non-exempt employees who performed work in the Commonwealth of Kentucky in underground mines or surface coal preparation plants owned or operated by Webster County Coal, LLC, River View Coal, LLC and/or Warrior Coal, LLC between November 4, 2014 and April 22, 2024;

    b. All current and former non-exempt employees who performed work in the Commonwealth of Kentucky in underground mines or surface coal preparation plants owned or operated by Excel Mining, LLC and/or MC Mining, LLC between March 27, 2015 and April 22, 2024;

    c. All current and former non-exempt employees who performed work in the Commonwealth of Kentucky in underground mines or surface coal preparation plants owned or operated by Sebree Mining, LLC or Hopkins County Coal, LLC between June 24, 2015 and April 22, 2024;

    d. All current and former non-exempt employees who performed work in the State of Illinois in underground mines or surface coal preparation plants owned or operated by Hamilton County Coal, LLC or White County Coal, LLC between April 9, 2011 and April 22, 2024;

    e. All current and former non-exempt employees who performed work in the State of Indiana in underground mines or surface coal preparation plants owned or operated by Gibson County Coal, LLC between April 13, 2018 and April 22, 2024; and

    f. All persons who filed, prior to April 22, 2024, a consent to join in *Rettig, et al. v. Alliance Coal, LLC, et al.*, No. 2:21-cv-00008 (N.D. W. Va.) (from the date three years prior to the filing of each such consent), and all other current and former non-exempt employees who performed work in the State of West Virginia in underground mines or surface coal preparation plants owned or operated by Tunnel Ridge, LLC or Mettiki Coal (WV), LLC between April 1, 2021 and April 22, 2024;

3. preliminarily appointing Plaintiffs as the Settlement Class Representatives and appointing Berger Montague PC; Law Office of Mark N. Foster, PLLC; Lichten & Liss-Riordan, P.C.; Edelson Lechtzin LLP; and the Law Office of John R. Kleinschmidt III, PLLC as Class Counsel, and appointing Shanon J. Carson, Camille Fundora Rodriguez, Lane L. Vines, and

Mariyam Hussain of Berger Montague PC, and Mark N. Foster of Law Office of Mark N. Foster, PLLC as Lead Class Counsel;

4. appointing Simpluris as the Settlement Administrator to perform all duties and tasks assigned to the Settlement Administrator in the Settlement Agreement;

5. approving the form of Notice of Class Action Settlement(as set forth in Exhibit A to the Settlement Agreement), to be distributed by the Settlement Administrator pursuant to the terms of the Settlement Agreement;

6. scheduling the final approval hearing to consider the final approval of the proposed Settlement; and

7. approving the following schedule and procedures for completing the settlement approval process as set forth in the Parties' Settlement Agreement:

| | |
|---|---|
| Defendants send CAFA Notice | Within ten business days after the submission of the May 28, 2025 Settlement Agreement to the Court. |
| Defendants Provide Contact Information | Within ten business days after issuance of the Court's Preliminary Approval Order. |
| Notice Sent | Within ten days of receiving the Settlement Class List. |
| Motion for Approval of Attorneys' Fees and Costs | Due two weeks before the Objection and Opt-Out Deadline. |
| Deadline to postmark objections or requests for exclusion | Forty-five days after the Notice of Settlement is initially mailed by the Settlement Administrator. |
| Motion for Final Approval | Due two weeks prior to the Final Approval Hearing date. |
| Final Approval Hearing | On or after 90 days after Court's Preliminary Approval Order. Based on the above schedule, and in accordance with the Court's schedule, the Parties request that a final approval hearing be scheduled between October 15 and 24, 2025. |

This Motion is based on the accompanying Memorandum of Law, along with the accompanying exhibits thereto, and all other records, pleadings, and papers on file in this action. The Parties' proposed Preliminary Approval Order is submitted for the Court's consideration.

Dated: May 30, 2025

*/s/ Camille Fundora Rodriguez*
Shanon J. Carson
Camille Fundora Rodriguez
Lane L. Vines
Michael Anderson
Olivia Lanctot
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
scarson@bm.net
crodriguez@bm.net
lvines@bm.net
manderson@bm.net
olanctot@bm.net

Mariyam Hussain
BERGER MONTAGUE PC
1720 W. Division
Chicago, IL 60622
Tel.: (773) 666-4316
mhussain@bm.net

Mark N. Foster
LAW OFFICE OF MARK N. FOSTER, PLLC
P.O. Box 869
Madisonville, KY 42431
Tel.: (270) 213-1303
Mfoster@MarkNFoster.com

Eric Lechtzin
Liberato Verderame
EDELSON LECHTZIN LLP
411 S. State St., Suite N-300
Newtown, PA 18940
Tel.: (215) 867-2399
elechtzin@edelson-law.com
lverderame@edelson-law.com

John R. Kleinschmidt, III
THE LAW OFFICES OF JOHN R.

Respectfully submitted,

*/s/ Elizabeth S. Muyskens \**
Richard G. Griffith
Elizabeth S. Muyskens
Kif H. Skidmore
Amy L. Miles
Stoll Keenon Ogden PLLC
300 West Vine Street - Suite 2100
Lexington, KY 40507-1801
Tel.: (859) 231-3000
richard.griffith@skofirm.com
elizabeth.muyskens@skofirm.com
kif.skidmore@skofirm.com
amy.miles@skofirm.com

*Attorneys for Defendants*

\* Signed with permission

4

KLEINSCHMIDT III, PLLC
P.O. Box 1746
Lexington, KY 40588
Tel.: (859) 866-3097
john@employmentlawky.com

Sarah R. Schalman-Bergen
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel.: (617) 994-5800
ssb@llrlaw.com
osavytska@llrlaw.com

*Attorneys for Plaintiffs
and the Proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic filing on May 30, 2025 on all counsel of record.

/s/ *Camille Fundora Rodriguez*
Camille Fundora Rodriguez